ORIGINAL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RE: IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH ) <br> 304 SPARROW POINTE LANE, ) <br> DEATSVILLE, AL 36022 ) | CR. MISC. NO. <u>2:14-MJ-56-WC</u> |

## O R D E R

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant be unsealed.

DONE this the _____ day of May, 2014.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE